IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BARRY AUSTIN BROWN,

    Petitioner,                     No. CIV S-06-2815 GEB EFB P

    vs.

THOMAS L. CAREY, Warden,

    Respondent.             <u>ORDER</u>

_____/

    Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. On March 21, 2007, respondent requested an extension of time of one day *nunc pro tunc* in which to file his answer. *See* Fed. R. Civ. P. 6(b). On March 21, 2007, respondent filed his answer.

    Good cause appearing, it is ORDERED that respondent's March 21, 2007, request is granted and respondent's answer is deemed timely filed.

Dated: October 29, 2007.

                                                EDMUND F. BRENNAN
                                                UNITED STATES MAGISTRATE JUDGE