UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY AUSTIN BROWN,<br><br>          Petitioner,<br><br>     v.<br><br>THOMAS L. CAREY,<br><br>          Respondent. | No. CV-06-2815-LRS<br><br>ORDER DIRECTING RESPONSE FROM RESPONDENT |

   BEFORE THE COURT is Petitioner Barry Austin Brown's Motion For Reconsideration, Ct. Rec. 15, filed on May 8, 2009.  The motion was not noted for hearing.  The Court hereby directs the Respondent to file a response to the motion for reconsideration. Accordingly,

   **IT IS HEREBY ORDERED**:

   1.  Respondent shall file a response to Petitioner's Motion for Reconsideration, Ct. Rec. 15, on or before **June 30, 2009.**

   2.  Petitioner may file a reply to the Respondent's response no later than **July 10, 2009**.

   **IT IS SO ORDERED.**  The District Court Executive is directed to file this Order and furnish copies to counsel.

   **DATED** this   8th   day of June, 2009.

                              *s/Lonny R. Suko*
                         _____
                              LONNY R. SUKO
                         United States District Judge

ORDER - 1