1

2

3

4

5

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

6   BARRY AUSTIN BROWN,                    )
                                           )  NO. CV-06-2815-LRS
7            Petitioner,                    )
                                           )  **ORDER DENYING  CERTIFICATE**
8                                           )  **OF APPEALABILITY**
                                           )
9       v.                                  )
                                           )
10                                          )
    THOMAS L. CAREY,                        )
11                                          )
             Respondent.                    )
12   _____     )

13

14       **BEFORE THE COURT** is the May 12, 2010 Order from the Ninth Circuit

15   Court of Appeals remanding this case for the limited purpose of granting or

16   denying a certificate of appealability at the earliest convenience.   The court

17   certifies that there is no basis upon which to issue a certificate of appealability.  28

18   U.S.C. § 2253(c); Fed. R.App. P. 22(b).

         A certificate of appealability must be obtained by a petitioner in order to
19
     pursue an appeal from a final order in a Section 2254 habeas corpus proceeding.
20
     28 U.S.C. Section 2253(c)(1)(A); Fed. R. App. P. 22(b).  A certificate of
21
     appealability should be issued only where the appeal presents a substantial
22
     showing of the denial of a constitutional right.  28 U.S.C. Section 2253(c)(2).  A
23
     certificate should issue where the prisoner shows that jurists of reason would find it
24
     debatable whether the petition states a valid claim of the denial of a constitutional
25
     right, **and** whether the district court was correct in its procedural ruling.  *Slack v.*
26
     *McDaniel*, 529 U.S. 473, 484, 120 S.Ct. 1595 (2000).
27
         For the reasons adequately set forth in the "Order Denying §2254 Petition,"
28
     this court concludes jurists of reason would not find it debatable that this court

**ORDER -  1**

Petitioner has failed to make a substantial showing of the denial of a constitutional right(s).  Petitioner alleged eight grounds for relief in his federal habeas petition: (1) applying the Board's parole consideration criteria implemented after he committed his commitment offenses to determine his suitability is an ex post facto violation; (2) using the parole consideration criteria developed after he committed his commitment offenses to determine his suitability violated the terms of his plea agreement; (3) the Governor's anti-parole policy violates his due process right to an unbiased consideration; (4) the Board's policy to deny parole to prisoners who refuse to admit guilt violates state law; (5) the Board's decision violates his due process rights because it is not supported by some evidence; (6) the Board's conclusion that he is unsuitable for parole based on the unchanging circumstances of his commitment offense violates due process; (7) the some evidence standard should not be applied to review the Board's decision finding him unsuitable for parole; and (8) deferring his next subsequent parole consideration hearing for five years violates state law and is not supported by some evidence. (Ct. Rec. 1).

        This Court found the Board's decision did not violate Petitioner's limited due process rights because he was given an adequate opportunity to be heard regarding the parole consideration decision and a written copy of the Board's decision.  Likewise, the Court found the Board's decision did not violate Petitioner's federal due process rights.  The Court found the Board considered all circumstances tending to show unsuitability for release and circumstances tending to show suitability for release  as set forth in Cal. Code. Regs., title 15 § 2402(c) and (d).   Because the Board considered all possible circumstances in making an informed decision, albeit adverse to Petitioner, this Court found that Petitioner's constitutional rights were not violated and all remaining contentions of Petition were without merit.   The request for a certificate of appealability is respectfully **DENIED**.

        **IT IS SO ORDERED**.  The District Court Executive is directed to enter

/ / /

**ORDER -  2**

1   this order and forward a copy to the Petitioner and to counsel for the Respondent.

2

3

4          **DATED** this___13th___day of May, 2010.

5

6                              *s/Lonny R. Suko*

7                              LONNY R. SUKO
                               Chief United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER - 3**